UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CATHERINE OKORO
8585 North 106th Street
Milwaukee, WI 53224,
    Plaintiff,

v.                                          Case No. 2:11-cv-00267-WEC

PYRAMID 4 AEGIS
4574 North 22nd Street
Milwaukee, WI 53209

and

JEROME BATTLES
8211 West Hope Avenue
Milwaukee, WI 53222
    Defendant.

---

## PLAINTIFF'S DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Catherine Okoro, plaintiff, furnishes the following list in compliance with Civil L. R. 7.1:

(a)    Catherine Okoro

(b)    Plaintiff is not a corporation
          a. Not applicable
          b. Not applicable

(c)    Salawdeh Law Office, LLC
         Willenson Law, LLC

Dated: March 16, 2011	Respectfully submitted,


      s/ Marni Willenson
Marni Willenson
Willenson Law, LLC
542 S. Dearborn Street, Suite 610
Chicago, IL  60605
Phone:	312-546-4910
Fax:	312-261-9977
Email:	marni@willensonlaw.com


      s/ Rebecca L. Salawdeh
Rebecca L. Salawdeh
Salawdeh Law Office, LLC
7119 West North Avenue
Wauwatosa, WI  53213
Phone:	414-455-0117
Fax:	414-918-4517
Email:	rebecca@salawdehlaw.com

Attorneys for the Plaintiff