# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

April 7, 2011

Rebecca L Salawdeh
Salawdeh Law Office LLC
2281 Swan Blvd
Wauwatosa, WI 53226-2652

Marni J Willenson
Willenson Law LLC
542 S Dearborn St - Ste 610
Chicago, IL 60605

Re:  Okoro v. Pyramid 4 Aegis et al
     Case No.  11-C-0267

Dear Counsel:

As of today's date, this office has not received your response to the "Consent/Refusal to Proceed Before a U.S. Magistrate Judge" form which you should have received at the time of case filing or upon service of this action.  This form was to have been completed and returned within 21 days of its receipt.

If you have not yet completed and electronically filed this form, you are directed to do so no later than **April 21, 2011.**   As stated in Chief Judge Charles N. Clevert's Order, "while the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is mandatory."

A copy of the form is available on our website www.wied.uscourts.gov.  Please be sure to include Judge Callahan's name where appropriate.

Very truly yours,

Jon W. Sanfilippo
Clerk of Court

By: s/K. Hubacz
Deputy Clerk