**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

May 20, 2011

Rebecca L Salawdeh
Salawdeh Law Office LLC
2281 Swan Blvd
Wauwatosa, WI 53226-2652

Daniel L Lambert
McLario Helm & Bertling SC
N88 W16783 Main St
Menomonee Falls, WI 53051

Marni J Willenson
Willenson Law LLC
542 S Dearborn St - Ste 610
Chicago, IL 60605

Re: **Okoro v. Pyramid 4 Aegis et al**
**Case No. 11-C-0267**

Dear Counsel:

The above-entitled action has been assigned to Magistrate Judge William E. Callahan, Jr. for all further proceedings. All parties have now appeared in this action. The court will conduct a Rule 16 conference at **9:30 a.m.** on **Thursday, June 23, 2011**, in Courtroom 242, U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202.

Each party shall follow the procedures set forth in Rule 26 of the Federal Rules of Civil Procedure. In order to assist the court in conducting the Rule 16 conference, the parties' Rule 26(f) report, which is to be filed with the court no later than **June 13, 2011**, should contain the following additional information:

1. A brief description of the nature of the case, including a statement regarding the basis of subject matter jurisdiction.

2. Whether the parties contemplate amending the pleadings by joining parties or for other reasons.

3. Any motions which are contemplated at this time.

4. The estimated length of trial and whether a jury is requested.

5. Such other matters as may affect the scheduling of this case for final disposition.

Since this case has been designated for electronic filing, documents must be submitted in Portable Document Format (PDF) and shall be filed electronically using the Court's internet-based Electronic Case Files (ECF) system. Registered users may file documents directly into ECF. Please see the Court's web site at <u>wied.uscourts.gov</u> for more information on electronic case filing.

If you are located more than 50 miles from the courthouse, and wish to participate telephonically, please contact me, Katina Hubacz, at 414-297-1200 at least one week prior to the scheduling conference with a telephone number where you can be reached at the above-scheduled time. The court will initiate the call.

Very truly yours,

JON W. SANFILIPPO
Clerk of Court


s/K. Hubacz
Deputy Clerk