# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CATHERINE OKORO,

    Plaintiff,

    v.                                         Case No. 11-C-0267

PYRAMID 4 AEGIS, and
JEROME BATTLES,

    Defendants.

## SCHEDULING ORDER

On June 23, 2011, the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L.R. 16(a). Appearing on behalf of the plaintiff was Attorney Marni J. Willenson, via telephone, and Rebecca L. Salawdeh, in person, and appearing on behalf of the defendant was Attorney Daniel L. Lambert.

**IT IS HEREBY ORDERED**,

1. The parties shall make their Fed. R. Civ. P. 26(a) initial disclosures <u>no later than June 23, 2011.</u>

2. The parties shall have until <u>on or before July 22, 2011</u> to file their amended pleadings. The parties are directed to serve any additional parties joined to this action with a blank form for consenting or refusing to consent to U.S. Magistrate Judge jurisdiction as well as a copy of this scheduling order.

3. The plaintiff shall have until <u>August 23, 2011</u> to answer or otherwise respond to the counterclaim.

4. All expert witnesses (including in-house experts) who will offer testimony with respect to a particular issue on behalf of the party bearing the burden of proof with respect to that issue shall be disclosed in accordance with Fed. R. Civ. P. 26(a)(2) and Civil L.R. 26(b) no later than October 3, 2011.

5. Any responsive expert witnesses (including in-house experts) shall be disclosed in accordance with Fed. R. Civ. P. 26(a)(2) and Civil L.R. 26(b) no later than November 18, 2011.

6. All discovery is to be completed in accordance with Civil L.R. 26(c) by January 16, 2012.

7. All dispositive motions, together with briefs, are to be filed in accordance with Civil L.R. 56, and no later than February 17, 2012. In all cases, including those which have been designated for electronic filing, counsel are to provide paper copies of all dispositive motions, such as motions for summary judgment and motions to dismiss, along with supporting documentation directly to the judge's chambers. Such copies are to be clearly marked "COPY" on the first page of each document submitted. In addition, the parties are hereby directed to either file a 3.5" IBM-compatible disk or CD containing the proposed findings of fact and any responses thereto, as called for under Civil L.R. 56(b), or, in the alternative, to e-mail such proposed findings of fact and responses thereto in Word Perfect or Word format to CallahanPO@wied.uscourts.gov.

8. A scheduling conference will be conducted on February 24, 2012, at 9:00 a.m. in Room 242 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202. If there are unresolved summary judgment motions at that time, the scheduling conference will be cancelled.

**SO ORDERED** this 23rd day of June, 2011, at Milwaukee, Wisconsin.

                                            s/ William E. Callahan, Jr.
                                            WILLIAM E. CALLAHAN, JR.
                                            United States Magistrate Judge