UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CATHERINE OKORO,

       Plaintiff,                               Civil Action No.: 2:11-CV-00267

v.

PYRAMID 4 AEGIS and
JEROME BATTLES,

       Defendant.

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS' COUNTER CLAIM FOR FAILURE TO STATE A CLAIM**

To:    All Defendants
       c/o Paul Bugenhagen Jr.
       McLario, Helm & Bertling, S.C.
       N88 W16783 Main St.
       Menomonee Falls, WI 53051-2890

PLEASE TAKE NOTICE that Plaintiff, Catherine Okoro, shall bring a Motion to Dismiss Defendants Counterclaim for failure to state a claim as a matter of law. Ms. Okoro moves for dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rules 7.1 of the United States District Court for the Eastern District of Wisconsin. Any hearing on this motion shall be held at a date and time to be set by the Court.

1

This Motion is based upon Defendants' failure to state any facts that would support its claim that Ms. Okoro intentionally interfered with its client's contracts.

Dated: August 23, 2011                    Respectfully submitted,


        s/ Marni Willenson
Marni Willenson
Willenson Law, LLC
542 S. Dearborn Street, Suite 610
Chicago, IL  60605
Phone:       312-546-4910
Fax:            312-261-9977
Email:         marni@willensonlaw.com
Bar No.


        s/ Rebecca L. Salawdeh
Rebecca L. Salawdeh
Salawdeh Law Office, LLC
7119 West North Avenue
Wauwatosa, WI  53213
Phone:       414-455-0117
Fax:            414-918-4517
Email:         rebecca@salawdehlaw.com
Bar No. 1027066

Attorneys for the Plaintiff