UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CATHERINE OKORO,

    Plaintiff,                      Civil Action No.: 2:11-CV-00267

v.

PYRAMID 4 AEGIS and
JEROME BATTLES,

    Defendant.

## DECLARATION OF REBECCA L. SALAWDEH

STATE OF WISCONSIN    )
                               ) ss
MILWAUKEE COUNTY    )

REBECCA L. SALAWDEH, declares and states as follows:

1. I am one of the attorneys in the above captioned matter. I make this declaration based upon my personal knowledge.

2. Attached to my declaration as <u>Exhibit 1</u> is the true and correct copy of portions of the transcript of the deposition of Jerome Battles.

3. I have blacked out portions of the deposition that identify Defendant clients.

      Pursuant to 28 U.S.C. §1746, the undersigned declares under penalty of perjury that the foregoing is true and correct.

Executed on:     February 17, 2012                    /s/

Rebecca L. Salawdeh