UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CATHERINE OKORO,

    Plaintiff,

v.                                                     Case No. 11-C-0267

PYRAMID 4 AEGIS and
JEROME BATTLES,

    Defendants.

**ORDER**

On February 10, 2012, the plaintiff, Catherine Okoro, filed a Rule 7(h) expedited motion with this court requesting access to the email account, pyramid4aegis@gmail.com. The defendant did not file a response. Pursuant to the motion filed by the plaintiff, together with supporting documentation, and together with this court's initial ruling filed on February 23, 2012,

**IT IS HEREBY ORDERED**, that the plaintiff's motion to access the defendants' gmail account and to use the password to access the gmail account is **GRANTED**.

**SO ORDERED** this 28th day of February 2012 at Milwaukee, Wisconsin.

                                      **BY THE COURT**:

                                      s/ William E. Callahan, Jr.
                                      WILLIAM E. CALLAHAN, JR.
                                      United States Magistrate Judge