**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

CATHERINE OKORO,

    Plaintiff,

v.              Case No. 11-C-0267

PYRAMID 4 AEGIS and
JEROME BATTLES,

    Defendants.

---

**FINAL PRETRIAL ORDER**

---

On May 9, 2012, the court conducted a scheduling conference, in accordance with Fed. R. Civ. P. 16 and Civil L.R. 16(a). Appearing on behalf of the plaintiff were Attorney Rebecca L. Salawdeh and, by telephone, Attorney Marni J. Willenson, and appearing on behalf of the defendants was Attorney Robert N. Meyeroff.

**IT IS HEREBY ORDERED**,

1. The court will conduct a final pretrial conference on <u>September 18, 2012 at 10:30 a.m.</u> in Room 242 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202.

2. All motions in limine shall be filed no later than **August 13, 2012**. Responses shall be filed no later than **August 20, 2012**, and replies shall be filed no later than **August 27, 2012**.

3. The parties are to prepare and file pretrial reports in accordance with Civil L.R. 16(c). **Reports are due on or before September 11, 2012**. The report must be signed by the attorney (or a party personally, if not represented by counsel) who will try the case. Sanctions, which may include the dismissal of claims and defenses, may be imposed if a pretrial report is not filed.

The report must include the following:

a. A short summary statement of the facts of the case and theories of liability or defense. The statement should not be longer than two pages.

b. A statement of the issues.

c. The names and addresses of all witnesses expected to testify. A witness not listed will not be permitted to testify absent a showing of good cause.

d. If expert witnesses are to be used, a narrative statement of the experts' background.

e. A list of exhibits to be offered at trial, sequentially numbered according to General L.R. 26.

f. A designation of all depositions or portions of transcripts or other recordings of depositions to be read into the record or played at trial as substantive evidence. Reading or playing more than five pages from a deposition will not be permitted unless the Court finds good cause.

g. Counsel's best estimate on the time needed to try the case.

h. All proposed questions that counsel would like the Court to ask on voir dire.

i. Proposed instructions on substantive issues (also e-mail in Word Perfect or Word format to CallahanPO@wied.uscourts.gov)

j. Proposed verdict form (also e-mail in Word Perfect or Word format to CallahanPO@wied.uscourts.gov).

In addition to completing a report, counsel are expected to confer and make a good faith effort to settle the case. Counsel are also expected to arrive at stipulations that will save time during the trial.

4. A jury trial will be conducted on September 25, 2012 at 9:00 a.m. in Room 242 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202. It is estimated that the trial will take three days.

**SO ORDERED** this 9th day of May 2012 at Milwaukee, Wisconsin.

> s/ William E. Callahan, Jr.
> WILLIAM E. CALLAHAN, JR.
> United States Magistrate Judge