UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CATHERINE OKORO,

       Plaintiff,                          Civil Action No.: 2:11-CV-00267

v.

PYRAMID 4 AEGIS and
JEROME BATTLES,

       Defendant.

## PLAINTIFF'S MOTION IN LIMINIE
**Bar Defendants from Referencing Any Personal Relationship Between Plaintiff and Defendant Battles**

       Plaintiff, Catherine Okoro, moves *in limine* to bar Defendants from testifying about or making any reference to any personal relationship that existed between Ms. Okoro and Mr. Battles. This includes, but is not limited to, any testimony that Ms. Okoro worked for Defendants because she was in a relationship with Mr. Battles, that Ms. Okoro did not intend to be paid for her work because of her relationship with Mr. Battles, or that she brought this action out of jealousy or anger from their relationship breaking up.

       The grounds for this motion are undue prejudice, juror confusion, and waste of time. (Federal Rule of Evidence 403) Arguments of this type are highly prejudicial and improper. It is even more so in this case where liability has already been established and the only issue for trial is the number of hours Ms. Okoro worked for Defendants.

1

Wherefore, Plaintiff respectfully requests that Defendants be barred from referring in any way to any personal relationship that once existed between Mr. Battles and Ms. Okoro.

Dated this 13th day of August, 2012.

        s/Rebecca L. Salawdeh
Rebecca L. Salawdeh (SBN 1067066)
Salawdeh Law Office, LLC
7119 West North Avenue
Wauwatosa, WI 53213
Telephone: 414-455-0117
Facsimile: 414-918-4517
Email: rebecca@salawdehlaw.com