UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CATHERINE OKORO,

       Plaintiff,                      Civil Action No.: 2:11-CV-00267

v.

PYRAMID 4 AEGIS and
JEROME BATTLES,

       Defendant.

**PLAINTIFF'S VOLUNTARY DISMISSAL OF BREACH OF CONTRACT CLAIM**

Plaintiff, Catherine Okoro, voluntarily dismisses with prejudice Count Two of her Complaint for Breach of Contract. With this dismissal, Plaintiff understands that the only issue left for trial is Plaintiff's remedy under Count One of her Complaint, Defendants' Failure to Pay Wages Under the Fair Labor Standards Act.

Dated this 13th day of August, 2012.

                                        s/Rebecca L. Salawdeh
                                Rebecca L. Salawdeh (SBN 1067066)
                                Salawdeh Law Office, LLC
                                7119 West North Avenue
                                Wauwatosa, WI 53213
                                Telephone:  414-455-0117
                                Facsimile:   414-918-4517
                                Email:       rebecca@salawdehlaw.com