UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CATHERINE OKORO
                Plaintiff,
v.                                                    Case No.:  2:11-CV2-00267
PYRAMID 4 AEGIS and
JEROME BATTLES

PLAINTIFF'S FINAL PRETRIAL REPORT

A.  SUMMARY STATEMENT OF THE FACTS OF THE CASE

This Court issued a decision on April 23, 2012, finding that Ms. Okoro was employed by

Defendants under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*., and that Defendants,

jointly and severally, owe Ms. Okoro minimum wage for the hours that she worked.  The sole

issue for this trial is to determine the number of hours that Ms. Okoro worked for Defendants.

Ms. Okoro will present evidence of her work that will include, but not be limited to,

contemporaneous time records she kept while employed; evidence of work product from her

time of employment; and Ms. Okoro's own testimony of the work she performed and the time

she spent doing this work.

B.  STATEMENT OF THE ISSUES

How many hours did Ms. Okoro perform compensable work for Defendants.

C.  NAMES AND ADDRESSES OF ALL WITNESSES EXPECTED TO TESTIFY

Catherine Okoro
8585 North 106th Street
Milwaukee, WI  53224

1

Jonlisa Covington
6490 North 106th Street
Milwaukee, WI 53224

D. EXPERT WITNESSES

Plaintiff does not anticipate calling any expert witness for the trial.

E. LIST OF EXHIBITS TO BE OFFERED AT TRIAL

Exhibit 1:     Certificates of Achievement
Exhibit 2:     Catherine Okoro Time Sheets
Exhibit 3:     Time Sheets of other employees
Exhibit 4:     Catherine Okoro Employee Job Description
Exhibit 5:     Paychecks documentation sent to Ms. Okoro
Exhibit 6:     Pyramid 4 Aegis Pamphlet
Exhibit 7:     Cover letters and facsimile cover sheets from Ms. Okoro
Exhibit 8:     June 22, 2009 letter from Ms. Okoro advertising the facility
Exhibit 9:     Letter from Silver Connections to Ms. Okoro
Exhibit 10:    Contact list with handwriting
Exhibit 11:    Notes for first employee mandatory meeting
Exhibit 12:    Employee disciplinary action
Exhibit 13:    Communication from Ms. Okoro to Unemployment Hearing office regarding a defendant employee.
Exhibit 14:    Letter from Ms. Stewart dated November 29, 2011
Exhibit 15:    Communications from Ms. Okoro regarding residents
Exhibit 16:    Letter from Mr. Eby to Ms. Okoro dated April 29, 2010
Exhibit 17:    Paycheck information for Ms. Battles
Exhibit 18:    email dated 4/28/2010 from Ms. Okoro
Exhibit 19:    email dated 4/27/2010 to Ms. Okoro
Exhibit 20:    emails dated April 23, 2010 from Jill Kennedy to Catherine Okoro
Exhibit 21:    email dated 4/14/2010 re: intake paperwork
Exhibit 22:    email from Silver Connections referral alert
Exhibit 23:    email dated March 10, 2010 from Catherine Okoro
Exhibit 24:    email dated February 24, 2010 from Catherine Okoro
Exhibit 25:    email dated January 5, 2010 from Catherine Okoro
Exhibit 26:    email dated January 4, 2010 from Catherine Okoro
Exhibit 27:    email dated December 18, 2009 from Catherine Okoro
Exhibit 28:    email dated December 11, 2009 from Catherine Okoro
Exhibit 29:    email dated December 1, 2009 to Catherine Okoro
Exhibit 30:    email dated November 30, 2009 from Catherine Okoro
Exhibit 31:    email dated September 25, 2009 to Catherine from Goodwill
Exhibit 32:    email dated September 18, 2009 between Catherine Okoro and Liz Kirsch

2

Exhibit 33:    email dated September 14, 2009 regarding business cards for Ms. Okoro and Mr. Battles
Exhibit 34:    email dated September 4, 2009 regarding the community care budget
Exhibit 35:    email dated May 12, 2010 to Catherine and Lacrecia from Goodwill Industries.

F.  DESIGNATION OF ALL DEPOSITIONS OR PORTIONS OF TRANSCRIPTS OR OTHER RECORDINGS OF DEPOSITIONS TO BE READ INTO THE RECORD OR PLAYED AT TRIAL AS SUBSTANTIVE EVIDENCE.

   None.

G.  COUNSEL'S BEST ESTIMATE ON THE TIME NEEDED TO TRY THE CASE.

   One day.

H.  ALL PROPOSED QUESTIONS THAT COUNSEL WOULD LIKE THE COURT TO ASK ON VOIR DIRE.

   Please see attached.

I.   PROPOSED SUBSTANTIVE INSTRUCTIONS

   Please see attached.

J.   PROPOSED VERDICT FORM.

   Please see attached.

3

Dated at Wauwatosa, Wisconsin this 11th day of September, 2012.

RESPECTFULLY SUBMITTED:

 s/Rebecca L. Salawdeh
**Rebecca L. Salawdeh**
Salawdeh Law Office, LLC
7119 W. North Avenue
Wauwatosa, WI  53213
Phone: 414-455-0117
Fax:          414-918-4517
Email:        rebecca@salawdehlaw.com

 s/Marni Willenson
**Marni Willenson**
Willenson Law, LLC
542 S. Dearborn Street, Ste. 610
Chicago, IL  60605
Phone: 312-546-4910
Fax:          312-261-9977
Email:        marni@willensonlaw.com
*Attorneys for Plaintiff*

4