ORIGINAL



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CATHERINE OKORO,

    Plaintiff,

v.

    Case No. 11-C-267

PYRAMID 4 AEGIS and
JEROME BATTLES

    Defendants.

## SPECIAL VERDICT

We, the jury, empaneled and sworn to try the issues in this action, being directed by the court to answer the following questions submitted to us for verdict, find and answer as follows:

**Question No. 1:**

How many hours did the plaintiff, Catherine Okoro, work for Pyramid 4 Aegis, up until July 23, 2009?

Answer: 206 hrs.

**Question No. 2:**

How many hours did the plaintiff, Catherine Okoro, work for Pyramid 4 Aegis, on and after July 24, 2009?

Answer: 1,378 hrs.

*Please sign and date this verdict form.*

_____
Foreperson

9-26-2012
Date