AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court
EASTERN DISTRICT OF WISCONSIN

CATHERINE OKORO,

       Plaintiff,

v.

PYRAMID 4 AEGIS and
JEROME BATTLES,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 11-C-267

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff, Catherine Okoro, shall take $22,679.60 from the defendants, Jerome Battles and Pyramid 4 Aegis, for unpaid wages and liquidated damages;

    **IT IS FURTHER ORDERED** that the plaintiff's motion for attorneys' fees and costs is **GRANTED IN PART AND DENIED IN PART**;

    **IT IS FURTHER ORDERED** that Attorney Rebecca L. Salawdeh shall take $40,742.37 from the defendants and that Attorney Marni Willenson shall take $27,434.62 from the defendants in attorneys' fees and costs;

    **IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED**.

                  Approved:    s/ William E. Callahan, Jr.
                                  WILLIAM E. CALLAHAN, JR.
                                  United States Magistrate Judge

Dated this <u>16th</u> day of November 2012, at Milwaukee, Wisconsin.

                                              JON W. SANFILIPPO
                                              Clerk

                                              s/K. Hubacz
                                              Deputy Clerk