UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CATHERINE OKORO,

    Plaintiff,

v.                                                   Case No. 11-C-267

PYRAMID 4 AEGIS and
JEROME BATTLES,

    Defendants.

## DECISION AND ORDER ON PLAINTIFF'S SUPPLEMENTAL FEE PETITION

On November 15, 2012, this court granted in part and denied in part the plaintiff's motion for attorneys' fees and costs and allowed the plaintiff to supplement her fee petition to recover for time her attorneys expended in preparing her reply brief in support of her fee petition. On November 16, 2012, the plaintiff filed her supplemental fee petition, requesting reimbursement in the amount of $1,175 for 2.5 hours of Marni Willenson's time and 2 hours of her law clerk's time. The defendant has not filed a response to the plaintiff's supplemental fee petition. The court finds these fees to be reasonable, and thus it will grant the plaintiff's request for supplemental attorneys' fees.

**NOW THEREFORE IT IS ORDERED** that the plaintiff's motion for supplemental attorneys' fees is **GRANTED**;

**IT IS FURTHER ORDERED** that Attorney Marni Willenson shall take an additional $1,175 from the defendants in attorneys' fees, for a total of $28,609.62 in attorneys' fees and costs.

**SO ORDERED** this 20th day of December 2012 at Milwaukee, Wisconsin.

**BY THE COURT**:

s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge